# SUPPLEMENT TO THE SARATOGA SENTINEL.

PUBLISHED BY WILBUR & COREY, AT $1.00 PER ANNUM.

Vol. III.]  .  FEBRUARY 21, 1843.  .  [No. 1.

## COURT OF CHANCERY.

### DECISIONS OF THE CHANCELLOR,
#### FEBRUARY 21, 1843.

*Stephen Jarvis et al.* v. *George Peck et al.*  C. STEVENS, for complainants ; A. TABER, for defendants.  The chancel- lor decided in this case that although certain agreements in restraint of trade are void as being against public policy, yet a man engaged in a particular trade or business, may agree to relinquish the same to another, and may covenant not to carry on the same trade or business in such a manner as to interfere with the business or profits of the person to whom he has sold out.

*Agreements in restraint of trade*

That although the policy of the law will not permit a gen- eral restraint of trade, yet a trader may sell a secret of busi- ness, and restrain himself generally from using that secret.

Decree appealed from affirmed with costs.